Jonathan Enrique **MARTINEZ–GARCIA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–71228.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 20, 2004.

Michael Franquinha, Law Office of Michael Franquinha, Phoenix, AZ, for Petitioner.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Director, Immigration & Naturalization Service, Phoenix, AZ, OIL, Rena I. Curtis, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jonathan Enrique Martinez–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' summary affirmance, without opinion, of an immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252(a). We review de novo, *Kankamalage v. INS*, 335 F.3d 858, 861 (9th Cir.2003), and deny the petition for review.

Since Petitioner filed his briefs, this Court has considered and rejected the same contentions he raises in *Martinez–Garcia v. Ashcroft*, No. 02–71043, 366 F.3d 732 (9th Cir.2004) (holding that Congress did not create a "statutory gap" in the Illegal Immigration Reform and Immigrant Responsibility Act by failing to define when an alien was "in deportation proceedings"). Because Petitioner's con-

tentions are identical to those raised by his sister Ileana Martinez–Garcia in the aforementioned case, his petition is denied.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.